*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

Robles Rodriguez

_____
Plaintiff

VS.

Lyons et al
_____
Defendant

Case No.   3:25-cv-01926-JE-KDM

Judge   Jerry Edwards, Jr
Magistrate Judge   Kayla D McClusky

## ORDER

IT IS ORDERED that <u>Mei F Chen</u> be and is hereby admitted to the bar of this Court pro

hac vice on behalf of <u>Plaintiff</u> in the above described action.

SO ORDERED on this, the __5th__ day of __December, 2025.

_____
U.S. Magistrate Judge