UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **MONICA LILIANA ROBLES RODRIGUEZ** | **CIVIL ACTION NO. 25-1926 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **TODD M LYONS ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

### ORDER

Before the Court is an Ex-Parte Motion for Temporary Restraining Order ("TRO") (R. Doc. 9). Petitioner filed a habeas Petition seeking a response within three days under 28 U.S.C. § 2243 (R. Doc. 1-3). Then, Petitioner filed a Motion to Show Cause seeking a response withing three days (R. Doc. 5). The Magistrate Judge denied the Motion to Show Cause in-part and set an expedited briefing schedule giving the Government 21 days to respond (R. Doc. 6). Petitioner says that is not good enough and filed this TRO seeking the same relief.

The very basis of a habeas action is to challenge the statutory or constitutional basis for detention. *See Dep't of Homeland Sec. v. Thuraissigiam*, 591 U.S. 103, 117 (2020) ("[T]he essence of habeas corpus is an attack by a person in custody upon the legality of that custody, and … the traditional function of the writ is to secure release from illegal custody.") (quoting *Preiser v. Rodriguez*, 411 U.S. 475, 484 (1973)). Seeking injunctive relief that mirrors the relief requested in the habeas petition is nothing more than a motion to decide my habeas petition now. The Court will not

allow Petitioner to commit an end-run around the habeas process. An expedited briefing schedule has been issued. It will be followed. This motion is **DENIED**.

      **THUS DONE AND SIGNED** this 8th day of December, 2025.

_____
**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**